George Eberspacher, plaintiff in error, v. Chicago Railways Company et al., defendants in error. Gen. No. 23,584.

Error to the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in this court at the March term, 1918. Affirmed on decision in Fritz v. F. W. Hochspeier Co., supra, p. 648. Opinion filed October 1, 1918.

Oscar C. Miller, for plaintiff in error; Munson T. Case, of counsel. Wilkerson, Cassels & Potter, for defendant in error August Hinze; Ralph F. Potter, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Frank Glombicki, appellee, v. Chicago Packing Company, appellant. Gen. No. 24,094.

Action to recover for personal injuries sustained by customer falling down elevator shaft. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1918. Reversed with finding of fact. Opinion filed October 1, 1918. Certiorari denied by Supreme Court (making opinion final).

Mayer, Meyer, Austrian & Platt and Thomas C. Angerstein, for appellant. Francis X. Busch, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Stack Advertising Agency, appellee, v. John Church Company, appellant. Gen. No. 24,116.

Action to recover for services under advertising contract canceled by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918. Certiorari denied by Supreme Court (making opinion final).

Church & McMurdy and Howard M. Harpel, for appellant. Winston, Strawn & Shaw, for appellee; George A. Kelly, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Continental Oil Products Company, appellant, v. Union Petroleum Company, appellee. Gen. No. 24,125.

Action to recover for breach of contract for sale of goods. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918.

Charles Arnd, for appellant. Robert C. Wheeler, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Western Express Company, appellee, v. City of Chicago, appellant. Gen. No. 24,256.

Action to recover license fees paid under duress under alleged invalid ordinance. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed October 1, 1918.

Samuel A. Ettelson, for appellant; George W. Ellis, of counsel. John L. McInerney, for appellee.

Mr. Justice Holdom delivered the opinion of the court.